UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERALD S. CHANDLER,<br><br>               Plaintiff,<br><br>      v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C09-5709FDB-JRC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION |

After reviewing defendant's motion for an extension of time (Doc. 18), the motion is GRANTED.

Defendant shall have until April 9, 1010 to file a response or opposition to plaintiff's motion to supplement the record. Plaintiff's motion to supplement the record is renoted for Friday, April 16, 2010.

With the above extension, the court is also extending the briefing schedule as follows: Defendant's responsive brief shall be filed on or before May 7, 2010. Plaintiff's reply brief and request for oral argument, if desired, shall be filed on or before May 21, 2010.

DATED this 22nd day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1