UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JERALD S. CHANDLER, | Civil No. 3:09-cv-5709-FDB-JRC |
| Plaintiff, | ORDER GRANTING EXTENSION TO FILE RESPONSE TO MOTION TO SUPPLEMENT THE TRANSCRIPT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the motion by Defendant, it is hereby ORDERED that Defendant shall have until May 7, 2010, to file a response to Plaintiff's Motion to Supplement the Transcript.

DATED this 7th day of April 2010.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

Page 1   ORDER - [3:09-cv-5709-FDB-JRC]