UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JERALD S. CHANDLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-cv-5709 RJB<br><br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE STIPULATED REMAND |

Based on the Report and Recommendation of Magistrate Judge J. Richard Creatura and the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for a de novo hearing and further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further evaluate the severity of Plaintiff's physical and mental impairments, including bipolar disorder, post-traumatic stress disorder, and obesity; the ALJ will further evaluate the medical source opinions in the record; the ALJ will update the record with any available evidence from treating sources; the ALJ will evaluate, and include as part of the record, Dr. Mangione-Lambie's August 31, 2006 psychological/psychiatric evaluation report and Dr. Lee's August 24, 2006 physical evaluation report; the ALJ will consider the

evidence submitted to the Appeals Council (Tr. 9-15, 513-560); the ALJ will further evaluate Plaintiff's subjective complaints; the ALJ will further evaluate Plaintiff's residual functional capacity; the ALJ will further evaluate Ms. Mitchell's statement (Tr. 157-165) and will provide rationale germane to the witness concerning the credibility of her statement; and, if necessary, the ALJ will obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

Plaintiff's Motion to Supplement the Record is rendered moot and therefore is dismissed. Dr. Mangione-Lambie's August 31, 2006 psychological/psychiatric evaluation report and Dr. Lee's August 24, 2006 physical evaluation report will be made part of the record by the Commissioner on remand.

DATED this 11th day of June, 2010.

_____
ROBERT J. BRYAN
United States District Judge

Presented By:

s/ Daphne Banay
DAPHNE BANAY          WSB #21537
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2113
FAX:  (206) 615-2531
daphne.banay@ssa.gov