# United States District Court

WESTERN DISTRICT OF WASHINGTON

JERALD S. CHANDLER

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5709RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The above captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for a de novo hearing and further administrative proceedings.

| | |
|---|---|
| June 14, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |